IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICK GATHERS,<br><br>    Plaintiff,<br><br> v.<br><br>SNOW PEAK USA, INC., and DOES 1-5,<br><br>    Defendant. | Civil Action No. 1:19-cv-12265 |

## NOTICE OF SETTLEMENT

Plaintiff Erick Gathers, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant Snow Peak USA, Inc. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: January 23, 2020      BLOCK & LEVITON LLP

                  By:  */s/ Jason Leviton*
                  Jason M. Leviton, Esq.
                  260 Franklin Street, Suite 1860
                  Boston, MA 02110
                  Telephone: (617) 398-5600
                  Jason@blockesq.com

                  *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 23rd day of January, 2020.

                                                      */s/ Jason M. Leviton*
                                                      JASON M. LEVITON