UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Erick Gathers

    Plaintiff

  v.                                                             CIVIL ACTION NO. 1:19-12265-RGS

Snow Peak USA, Inc.

    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The court having been advised on January 24, 2020, that the above-entitled action has settled;

It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (30) days if settlement is not consummated.

                                                    By the court,

Dated: January 27, 2020                                             /s/ Arnold Pacho
                                                            Deputy Clerk